474 A.2d 688

Commonwealth v. Dotson, Appellant.
Petition for Allowance of Appeal
Denied Aug. 21, 1984.

Submitted January 4, 1984. Penn Bradford Glazier, for appellant; John A. Kenneff, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

This court affirms the judgment of sentence of the learned Lancaster County Common Pleas Court Judge Paul A. Mueller, Jr. on the basis of the Opinion of December 24, 1981 and the Memorandum Opinion and Order of June 16, 1982.